```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 05780
   LARRY J HART
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9695


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/21/2005 and was confirmed 05/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.99% from remaining funds.

     The case was paid in full 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP        SECURED           1572.17       1350.43         1572.17
TRIAD FINANCIAL CORP        UNSECURED        16380.47           .00         6223.27
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED          .00             .00
CREDIT COLLECTION SERVIC    UNSECURED        NOT FILED          .00             .00
CREDIT COLLECTIONS SERVC    NOTICE ONLY      NOT FILED          .00             .00
PREMIER BANCARD CHARTER     UNSECURED         507.40            .00          192.75
MERRICK BANK                UNSECURED        1108.97            .00          421.32
ECAST SETTLEMENT CORP       UNSECURED         615.27            .00          233.75
RESURGENT CAPITAL SERVIC    UNSECURED        3407.16            .00         1294.45
RMS                         UNSECURED        NOT FILED          .00             .00
US BANK CN OH W15           UNSECURED        NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,205.20                       2,205.20
TOM VAUGHN                  TRUSTEE                                           906.66
DEBTOR REFUND               REFUND                                            600.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              15,000.00

PRIORITY                                         .00
SECURED                                      1,572.17
    INTEREST                                 1,350.43
UNSECURED                                    8,365.54
ADMINISTRATIVE                               2,205.20
TRUSTEE COMPENSATION                           906.66
DEBTOR REFUND                                  600.00
                     --------------         --------------
TOTALS               15,000.00              15,000.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 05780 LARRY J HART
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 05780 LARRY J HART